**No. 54281.**—Judson-Sheldon Corp. *v.* United States, protests 126280–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of frozen beef livers similar in all material respects to those the subject of *United States* v. *Judson-Sheldon Corp.* (37 C. C. P. A. 89, C. A. D. 424), the claim for free entry under paragraph 1669 was sustained.

**No. 54282.**—John W. Eshelman & Sons *v.* United States, protest 110415–K (Cleveland).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919) the claim for free entry was sustained.

**No. 54283.**—Gradiaz-Annis & Co., Inc. *v.* United States, protest 136355–K (Tampa).

Opinion by CLINE, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's decision, the protest was overruled.

**No. 54284.**—Virgil H. Gaitskill, Jr. *v.* United States, protest 147268–K (Tampa).

Opinion by CLINE, J. Inasmuch as the record showed that the protest was filed more than 60 days after liquidation, the motion to dismiss was granted.